448 A.2d 1170

Commonwealth v. Howe, Jr., Appellant.

Argued February 17, 1982. Raymond J. Falzone, Jr., for appellant; Joseph A. Smyth, District Attorney, submitted a brief on behalf of Commonwealth, appellee.

Before JOHNSON, MONTEMURO and MONTGOMERY, JJ.

Affirmed.